(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 15-cv-23821-Martinez/Goodman

FILED by /MM/ D.C.
OCT 13 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Deborah Diane Fletcher
Plaintiff(s)

v.

U.S. Dept. of Education
San Francisco Servicing Center
50 United Nations Plaza
San Francisco, CO 94102-4987
Defendant(s)

## COMPLAINT
(TITLE OF DOCUMENT)

I, Deborah Diane Fletcher, plaintiff or defendant, in the above styled cause, the defendant claim the plaintiff took out a student loan for the fall term of 2002. The plaintiff did't attend school for the fall term of 2002. But the plaintiff did attend school under the federal grant program for the summer term of 2003 to the spring term 2005. Plaintiff is stating that she do not owe for any student loans and the fact during tax time of 2012 from IRS the plaintiff discover that she is a victor of identity theft. This case was in front of Judge A. Jackson in the U.S. District Court for the District of Columbia and a sign judgment was enter with the defendant dropping all of the default on the plaintiff school records. That judgment was sign by Judge A.

Jackson on September 30, 2013. Plaintiff is not clear on ~~the~~ a warrant that was given to the plaintiff because she didn't get her copy of that judgment. The plaintiff ask for the price of prejudice per year the plaintiff was kept out of school, since 2006 to present, which is 10 years and because they didn't honor the first judgment it is now 2 times that amount, which comes-up to equal $30,000,000.00.

Relief the plaintiff ask this court to order the defendant to drop all the default on the plaintiff ~~sfoo~~ school records and to pay her in the $30,000,000.00.

(Rev. 10/2002) General Document

**Certificate of Service**

I _Deborah Diane Fletcher_, certify that on this date _Oct. 17, 2015_ a true copy of the foregoing document was mailed to: _U.S. Dept. of Education, San Francisco Servicing Center, 50 United Nations Plaza, San Francisco, CA 94102-4987_
name(s) and address(es)

By:
_Deborah Diane Fletcher_       _Deborah Diane Fletcher_
Printed or typed name of Filer    Signature of Filer

_IP_                              _fletch10@mail.broward.edu_
Florida Bar Number                E-mail address

_No-Phone_
Phone Number                      Facsimile Number

_PO Box 612134, Miami, FL 33261_
Street Address

_Miami, Florida 33261_
City, State, Zip Code